# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
### PROBATION OFFICE

**EDWARD S. CHINN**
CHIEF UNITED STATES PROBATION OFFICER
157 CHURCH ST., 22ND FLOOR
NEW HAVEN, CT 06510

450 Main St. Room 735
Hartford, CT 06103

915 Lafayette Blvd. Room 200
Bridgeport, CT 06604

FILED
2008 APR -3 A 8:53
U.S. DISTRICT COURT
NEW HAVEN CT

## MEMORANDUM

April 3, 2008

**To:** The Honorable Janet Bond Arterton
U.S. District Judge

**From:** Deborah S. Palmieri
Supervising U.S. Probation Officer

**Subject:** Fook Yong Tan
aka "Steve Fook"
3:03CR00080(JBA)
3:03CR00162(JBA)

On July 13, 2007, the offender completed his 60 month term of imprisonment and was remanded to the custody of the Immigration and Custom and Enforcement (ICE). On February 28, 2008, the above-named offender was released from custody by ICE following completion of his case. On March 28, 2008, this officer spoke with and agent of ICE who verified that Mr. Tan's case had been "closed."

Since his release to the community, Mr. Tan has begun the process acclimating into the community. The offender resides with his wife at 213 West Town Street in Norwich, Connecticut. His immediate goal is to find employment so that he can begin to help his wife with the household expenses and to begin restitution payments. One of the obstacles that Mr. Tan has encountered is in re-instating his driver's license. In order for Mr. Tan to apply for his driver's licence he must provide two forms of identification. one being a passport as one form of identification.

Based on the information that his case is INS case closed and he is in need of picture identification, it is respectfully requested that Mr. Tan's passport be returned to him.

I am available should Your Honor has any questions.

DSP/jme

Date/Approved: 4 April 2008

/s/ Janet Bond Arterton USDJ
The Honorable Janet Bond Arterton
U.S. District Judge

Date/Denied:

The Honorable Janet Bond Arterton
U.S. District Judge