UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
141 CHURCH STREET
NEW HAVEN, CT 06510

**ROBIN D. TABORA**
CLERK

TEL. NO. 773-2140
(AREA CODE 203)

FILED
2008 APR 15 P 1: 1
U.S. DISTRICT COURT
NEW HAVEN, CT

CHIEF DEPUTY CLERK

**LORI INFERRERA**
DEPUTY-IN-CHARGE
NEW HAVEN

March 27, 2008

Fook Yong Tan, aka Steven Tan
213 West Town Square, C-14
Norwich, CT 06360

Re: 3:02 mj 164 (PCD)  c3cr80(JBA)
    USA v STEVEN FOOK

Dear Counselor:

Pursuant to the Order of the Court entered on 3/27/08, I am returning the Passport, Malaysia, to you in the above-identified case. Kindly acknowledge receipt by signing and returning a copy of this letter in the enclosed self-addressed envelope.

ROBIN D. TABORA, Clerk

By V. Jefferson
Deputy Clerk

cc: AUSA

RECEIPT ACKNOWLEDGED:

DATE: 4-10-08